UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

ROBERT MILOY (# 412412)     CIVIL ACTION

VERSUS

LOUISIANA STATE PENITENTIARY     16-521-SDD-EWD

## RULING

On July 21, 2016, the Court received a hand-written "Notice of Pending Litigation," which appeared to be an attempt by the *pro se* Petitioner, an inmate confined at the Louisiana State Penitentiary ("LSP"), Angola, Louisiana, to commence a civil proceeding asserting the alleged violation of his constitutional civil rights pursuant to 42 U.S.C. § 1983. In this pleading, the Petitioner complained that his attempts to administratively exhaust his claim had not been successful, and he asserted, without any factual development, that his claim involved "on-going prison medical need deprivation". The Petitioner's pleading was not accompanied by payment of the Court's filing fee or by a properly completed motion to proceed as a *pauper* herein.

Pursuant to correspondence dated October 11, 2016,[1] the Court directed the Petitioner to re-submit his claim on the Court's approved *Complaint* form within twenty-one (21) days and, within such time, to either pay the Court's filing fee or submit a properly completed *Motion to Proceed In Forma Pauperis* and Statement of Account, blank copies of which were attached to the referenced correspondence. The Court's correspondence further specifically advised the Petitioner that "failure to amend the pleadings or provide

---

[1] Rec. Doc. 2.

the requested information or forms as indicated will result in the dismissal of your suit by the Court without further notice".[2]

A review of the record by the Court reflects that, despite notice and an opportunity to appear, the Petitioner has failed to respond to the Court's directives as required. Accordingly,

**IT IS HEREBY ORDERED** that the above-captioned proceeding be DISMISSED without prejudice for failure of the Petitioner to correct the deficiencies of which he was notified. *Judgment* shall be entered accordingly.

Baton Rouge, Louisiana the 24 day of January, 2017.

    Shelly Dick
    _____
    SHELLY D. DICK, DISTRICT JUDGE
    MIDDLE DISTRICT OF LOUISIANA

---

[2] *Id.*